UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| WILLIE ED ROBERTS SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:21-cv-00132 |
| | ) |
| FRANCISCAN ALLIANCE, INC., | ) |
| a/k/a ST. MARGARET HOSPITAL, | ) |
| | ) |
| Defendant. | ) |

## FRANCISCAN ALLIANCE, INC., a/k/a ST. MARGARET HOSPITAL'S ANSWER TO COMPLAINT

COMES NOW, **FRANCISCAN ALLIANCE, INC., a/k/a ST. MARGARET HOSPITAL** ("Franciscan"), by and through its attorneys, EICHHORN & EICHHORN, LLP, and for its Answer to the Complaint brought by WILLIE ED ROBERTS SR. ("Plaintiff"), states and responds as follows:

1. The Defendant start[sic] discriminating against me from date of hire at Franciscan Alliance at St. Margaret Hospital in Dyer, Indiana

**ANSWER:** **Franciscan denies the allegations contained in Paragraph 1 of Plaintiff's Complaint.**

2. It was because of my sex, male.

**ANSWER:** **Franciscan denies the allegations contained in Paragraph 2 of Plaintiff's Complaint.**

3. The defendant delegated work assignments to me and other males that they didn't other females in the department that was of the same job title. Male Housekeeper II's mist [sic] perform floor work such as stripping, scrubbing, waxing tile floors, buffing, carpet bonneting etc.

**ANSWER:** Franciscan admits that different members of its staff perform varying roles and functions, as set forth pursuant to their job descriptions. It otherwise denies the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4. This job assignment requires one to work on their hands and knees for extended periods of time. As a result of this, I have developed arthritis in my left knee and must endure the rest of my life.

**ANSWER:** Franciscan is without sufficient information to admit or deny the allegations contained in Paragraph 4 of Plaintiff's Complaint, and therefore denies the same.

5. The defendant promoted, Claudia Ramirez, Jill Parkinson, Stana Cude, Tanya Leath, Debra Gleen, Cassandra Babcock, Tiffany Schneider, and Laura Romo, to Housekeeper II's with additional pay, but the job function to me and other males. Please be advised that Tanya Martinez, and Tanya Leath, is in fact the same person.

**ANSWER:** Franciscan admits that Claudia Ramirez, Debra Gleen, and Cassandra Babcock are former EVS Associates (Housekeeper) II employees. Franciscan admits that Jill Parkison, Stana Cude, Tiffany Schneider, and Laura Romo are former EVS Associate (Housekeeper) II employees who now work as EVS I Associates. Franciscan admits that Tanya Leath was also known as Tanya Martinez. Franciscan denies all further allegations contained in Paragraph 5 of Plaintiff's Complaint.

6. Plaintiff timely filed an administrative complaint of sex discrimination with the Equal Employment Opportunity Commission ("EEOC") under EEOC Charge Number 440-2020-07206.

**ANSWER:** Franciscan admits the allegations in Paragraph 6 of Plaintiff's Complaint.

7. After the Plaintiff initiated proceedings with the EEOC, the EEOC issued (by U.S. mail) to Plaintiff a Dismissal and Notice of Rights, dated January 21, 2021; which was received on or about January 26, 2021. The above-captioned lawsuit is being filed within ninety (90) days of Plaintiff's receipt of the same.

**ANSWER:** **Franciscan admits that the EEOC issued to Plaintiff a Dismissal and Notice of Rights dated January 21, 2021. Further answering, Franciscan Alliance is without sufficient information to admit or deny the remaining allegations contained in Paragraph 7 of Plaintiff's Complaint, and therefore denies the same.**

**WHEREFORE,** the Defendant, Franciscan Alliance, Inc., a/k/a St. Margaret Hospital, prays that the Plaintiff take nothing by his Complaint and for all other just and proper relief.

Dated this 11th day of May, 2021.

**EICHHORN & EICHHORN, LLP**

*/s/Carly A. Brandenburg*
Carly A. Brandenburg, #27038-45
Allison E. Pulliam, # 36232-45
Attorneys for Franciscan Alliance

EICHHORN & EICHHORN, LLP
2929 Carlson Drive, Ste 100
Hammond, IN 46323
Telephone: 219/931-0560
Telecopier: 219/931-5370
cbrandenburg@eichhorn-law.com
apulliam@eichhorn-law.com

## AFFIRMATIVE DEFENSES

COMES NOW, Franciscan Alliance, Inc., by and through its attorneys, EICHHORN & EICHHORN, LLP, and for its Affirmative Defenses to Plaintiff's Complaint, states as follows:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred by his failure to exhaust, or timely exhaust, administrative remedies.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred by the doctrines of equitable, collateral, and/or judicial estoppel.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred because Franciscan's actions regarding Plaintiff's employment were taken for reasonable factors – legitimate, non-discriminatory, and lawful business reasons – other than Plaintiff's sex.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claim is barred because Franciscan treated similarly situated employees the same or substantially the same as Plaintiff, regardless of sex.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claim for damages is barred, or in the alternative, should be reduced, by his failure to mitigate by applying for a new position and/ or taking other actions.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claim for punitive damages is barred because Franciscan did not recklessly disregard Plaintiff's rights, and Franciscan made a good-faith effort to implement an anti-discrimination policy.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is frivolous, unreasonable, and groundless, and therefore, Franciscan Alliance is entitled to an award of reasonable attorneys' fees and costs upon judgment in its favor.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred in whole or in part by the doctrine of after-acquired evidence.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred by unclean hands.

## ELEVENTH AFFIRMATIVE DEFENSE

Franciscan Alliance reserves the right to seek leave of the Court to assert additional defenses as information regarding such defenses becomes available.

**EICHHORN & EICHHORN, LLP**

*/s/Carly A. Brandenburg*
Carly A. Brandenburg, #27038-45
Allison E. Pulliam, # 36232-45
Attorneys for Franciscan Alliance

EICHHORN & EICHHORN, LLP
2929 Carlson Drive, Ste 100
Hammond, IN 46323
Telephone: 219/931-0560
Telecopier: 219/931-5370
cbrandenburg@eichhorn-law.com
apulliam@eichhorn-law.com

## DEMAND FOR JURY TRIAL

The Defendant, by counsel, pursuant to Federal Rules Civil Procedure, Rule 38, demands that all issues raised in this cause of action be tried by a jury.

**EICHHORN & EIHHORN, LLP**

*/s/Carly A. Brandenburg*
Carly A. Brandenburg, #27038-45
Allison E. Pulliam, # 36232-45
Attorneys for Franciscan Alliance

EICHHORN & EICHHORN, LLP
2929 Carlson Drive, Ste 100
Hammond, IN 46323
Telephone: 219/931-0560
Telecopier: 219/931-5370
cbrandenburg@eichhorn-law.com
apulliam@eichhorn-law.com

## CERTIFICATE OF SERVICE

I, Carly Brandenburg, certify that on the 11th day of May, 2021, I electronically filed the foregoing document and that the foregoing document was served upon the following person(s) via electronic filing system:

Willie Ed Roberts, Sr.
327 Durham Drive
Steger, IL 60475
(708) 631-4589

*/s/Carly A. Brandenburg*
Carly A. Brandenburg, #27038-45