# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

WILLIE ED ROBERTS SR.
    Plaintiff

v.              **Civil Action No.**  2:21cv132

FRANCISCAN ALLIANCE ST. MARGARET HOSPITAL
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other:  Judgment is ENTERED in favor of the Defendant Franciscan Alliance St. Margaret Hospital and against Plaintiff Willie Ed Roberts Sr..

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Magistrate Judge John E. Martin on the defendant's motion for summary judgment.

DATE:  7/12/2023          CHANDA J. BERTA, CLERK OF COURT
                                            by   s/R. Figueroa
                                                              *Signature of Clerk or Deputy Clerk*